**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 01-1180**

_____

ISAIAH HARLEY,

Plaintiff - Appellant,

versus

UNITED STATES DEPARTMENT OF AGRICULTURE,

Defendant - Appellee.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore.  Catherine C. Blake, District Judge. (CA-00-2908-CCB)

_____

Submitted:  April 27, 2001                Decided:  May 4, 2001

_____

Before LUTTIG and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Isaiah Harley, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Isaiah Harley seeks to appeal the district court's order dismissing his civil complaint as frivolous. We dismiss the appeal for lack of jurisdiction because Harley's notice of appeal was not timely filed.

In actions where the United States is a party, parties are accorded sixty days after entry of the district court's final judgment or order to note an appeal, see Fed. R. App. P. 4(a)(1), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5) or reopens the appeal period under Fed. R. App. P. 4(a)(6). This appeal period is "mandatory and jurisdictional." Browder v. Director, Dep't of Corr., 434 U.S. 257, 264 (1978) (quoting United States v. Robinson, 361 U.S. 220, 229 (1960)).

The district court's order was entered on the docket on October 18, 2000. Harley's notice of appeal was filed on January 29, 2001. Because Harley failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we deny leave to proceed in forma pauperis and dismiss the appeal. We deny Harley's motions for extraordinary relief and to strike a district court's order and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2